IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REONTAY HARLEY, #264878, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   CASE NO. 2:16-CV-604-WKW |
| PEDE HELP MARTIN, *et al.*, | )                               [WO] ) ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 3.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 3) is ADOPTED; and

2. This case is DISMISSED without prejudice for Plaintiff's failure to pay the requisite fees upon initiation of the case or to submit an application for leave to proceed *in forma pauperis* as ordered by the court.

A final judgment will be entered separately.

DONE this 13th day of September, 2016.

                                              /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE